# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____11-1182M_____

2) Defendant's Name: __DION_____LOUIS_____
                          (Last)               (First)          (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:____Yes ___No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held: _X_ Yes ___No   Date/Time: _____12/ 2/11_____

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered: ✓

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for: 12/16/11 @ 11am ; or waived:_____
    (b) Removal Hearing set for:_____; or waived:_____
    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: Sylvia Shweder (A)   STEPHEN MEYER

14) DEFENSE COUNSEL'S NAME: ____ALEX SOUTHWELL_____
    Address:_____
    Bar Code:_____ CJA:___ FDNY:___ RET: X
    Telephone Number:(___)_____

15) LOG #: 4:06-413   MAG. JUDGE: CHERYL L. POLLAK

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE